## Walter H. LIPPERT, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 13927.

United States Court of Appeals
Eighth Circuit.

Oct. 10, 1950.

Robert J. Bannister, Paul F. Ahlers, Des Moines, Iowa, and Jack T. Conn, Ada, Okl., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., A. F. Prescott, Sp. Asst. to Atty. Gen., L.W. Post, Sp. Asst. to Atty. Gen., Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, and Charles E. Lowery, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for respondent.

PER CURIAM.

Case remanded to the Tax Court of the United States with directions to vacate its decision entered November 8, 1948, 11 T.C. 783, and to enter a decision in accordance with the parties' agreement in compromise, providing that there is now no deficiency and no payment of gift tax for petitioner, on stipulation.

## PARK NATIONAL BANK OF KANSAS CITY, a Corporation, Appellant, v. TRAVELERS INDEMNITY COMPANY, a Corporation.

### No. 14183.

United States Court of Appeals
Eighth Circuit.

Oct. 10, 1950.

Watson, Ess, Whittaker, Marshall & Enggas, Kansas City, Mo., for appellant.

Hogsett, Trippe, Depping, Houts & James, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal filed by appellant. 90 F.Supp. 275.

## SOUTHWESTERN GREYHOUND LINES, Inc., et al., Appellants, v. Charles S. AULT.

### No. 14206.

United States Court of Appeals
Eighth Circuit.

Oct. 24, 1950.

Albert Thomson and Clem W. Fairchild, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellants, on stipulation of parties.

## SOUTHWESTERN GREYHOUND LINES, Inc., et al., Appellants, v. Elizabeth Pearl AULT.

### No. 14207.

United States Court of Appeals
Eighth Circuit.

Oct. 24, 1950.

Maurice J. O'Sullivan and John G. Killiger, Jr., Kansas City, Mo., for appellants.

Albert Thomson and Clem W. Fairchild, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellants, on stipulation of parties.